IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

Plaintiff: Jade Phuong Tran

v.

Defendants:

1.      Richard Bachus, in their individual and official capacity

2.      Dallas Police Department

3.      City of Dallas

CIVIL ACTION NO.:

COMPLAINT FOR DAMAGES

INTRODUCTION

1.      Plaintiff brings this action under 42 U.S.C. § 1983, the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and the Fair Housing Act (FHA), 42 U.S.C. § 3601 et seq., seeking relief for the wrongful eviction and unlawful execution of a writ of possession despite an active appeal and a motion to stay execution granted by the court.

2.      Defendants acted outside their lawful authority, violating Plaintiff's constitutional and disability rights, causing financial loss, emotional distress, homelessness, and permanent harm to a disabled occupant who was unlawfully separated from their service animal.

JURISDICTION & VENUE

3.      This Court has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1343 (civil rights violations).

4.      Venue is proper in the Northern District of Texas because the wrongful acts occurred in Dallas, Texas.

FACTUAL BACKGROUND

5.      On November 15, 2024, Plaintiff filed an appeal against an eviction judgment, staying the eviction process under Texas law.

6.    On December 30, 2024, Plaintiff's motion to stay execution of the writ of possession was accepted by the court, meaning Defendants had no legal right to proceed with the eviction.

7.    Despite these legal protections, on February 6, 2025, Constable Richard Bachus, along with Dallas Police Department officers, forcibly entered Plaintiff's residence, ignored the court-accepted stay of execution, and removed Plaintiff and a disabled tenant without legal justification.

8.    As a direct result, Plaintiff suffered:

•    Loss of property and personal belongings valued at approximately $650,000.

•    Forced homelessness, emotional trauma, and severe psychological distress.

•    Separation of a registered service animal from a disabled person, causing severe health deterioration.

•    Medical expenses and therapy costs related to eviction trauma.

•    Violation of constitutional rights, including unlawful entry and seizure.

LEGAL CLAIMS

COUNT 1 – VIOLATION OF FOURTH AMENDMENT (42 U.S.C. § 1983)

9.    Defendants unlawfully entered Plaintiff's home without a valid legal basis, violating Plaintiff's Fourth Amendment rights against unreasonable searches and seizures.

10.    The execution of the eviction was illegal because of the active appeal and court-approved motion to stay.

11.    Plaintiff suffered financial loss, emotional distress, and homelessness as a result.

COUNT 2 – VIOLATION OF FOURTEENTH AMENDMENT (DUE PROCESS) (42 U.S.C. § 1983)

12.    Defendants deprived Plaintiff of property and residence without due process, ignoring the legally valid stay of execution.

13.    Their reckless disregard for the law caused irreparable harm, violating Plaintiff's right to fair legal proceedings before eviction.

COUNT 3 – VIOLATION OF AMERICANS WITH DISABILITIES ACT (ADA) (42 U.S.C. § 12101 et seq.)

14.     The eviction resulted in the separation of a disabled occupant from their service animal, violating the ADA's requirement for reasonable accommodations.

15.     The forced removal without consideration of disability accommodations directly exacerbated the disabled individual's condition, constituting discrimination under federal law.

COUNT 4 – VIOLATION OF FAIR HOUSING ACT (FHA) (42 U.S.C. § 3601 et seq.)

16.     The illegal eviction and removal of a disabled individual without accommodation violated federal fair housing protections.

17.     The denial of access to a service animal further harmed the disabled individual, constituting a clear violation of housing rights.

COUNT 5 – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (STATE LAW CLAIM)

18.     Defendants' reckless and illegal actions caused extreme emotional and psychological harm.

19.     Plaintiff and the disabled occupant suffered severe distress due to the unlawful eviction, justifying compensation.

DAMAGES & RELIEF REQUESTED

Plaintiff seeks:

A. $750,000 in compensatory damages for property loss and financial hardship.

B. $150,000 for emotional distress and psychological harm.

C. $150,000 for medical expenses related to eviction trauma and disability harm.

D. $125,000 in punitive damages due to Defendants' reckless disregard of the law.

E. $100,000 for legal fees and expenses incurred fighting the eviction.

F. Injunctive relief preventing further illegal evictions under similar circumstances.

G. Any other relief the Court deems just and proper.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1.     Declare Defendants' actions unlawful and a violation of constitutional and disability rights.

2.     Award full compensatory and punitive damages as listed above.

3.    Grant injunctive relief to prevent similar unlawful evictions.

4.    Order Defendants to return any seized property (if applicable).

Respectfully submitted,


Jade Phuong Tran

539 W Commerce Street, Suite 5879, Dallas, TX 75287

T:  214-267-8412

E:  jade@xlrei.com


 **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was sent to the following in accordance with the Texas Rules of Civil Procedure on this 6th day of February 2025.

Via:   constablepct6@dentoncounty.gov,
        travis@wmichaelgreene.com
        att.frontdesk@dallas.gov
        samuel.sarmiento@dallaspolice.gov

        christopher.jaquez@dallaspolice.gov



*Jade Tran*
Jade Tran